| | |
|---|---|
| BRONSON LAW OFFICES, P.C.<br>*Counsel for the Debtors*<br>480 Mamaroneck Ave.<br>Harrison, NY 10528<br>914-269-2530 (tel.)<br>888-908-6906 (fax)<br>H. Bruce Bronson<br>hbbronson@bronsonlaw.net | **PRESENTMENT DATE AND TIME:**<br>**April 12, 2024, at 12:00 Noon** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

                                                                                Chapter 13

Bildad Laurent and Kerlande Laurent,          Case No. 23-22951-(CGM)


                                    Debtors.
---------------------------------------------------------X

## NOTICE OF PRESENTMENT OF ORDER AUTHORIZING THE RETENTION OF THE DEBTORS' REAL ESTATE BROKER

**PLEASE TAKE NOTICE** that upon the annexed application (the "Application") of BRONSON LAW OFFICES, P.C. (the "Firm") made on behalf of Bildad Laurent and Kerlande Laurent, the debtors in the above referenced case (the "Debtors") pursuant to Section 327(a) of Title 11, United States Code, as amended (the "Bankruptcy Code"), and Bankruptcy Rule 2014(a) seeking authority to employ George Campolo of RE/MAX Distinguished Homes and Properties as real estate broker, the annexed order will be presented to the Honorable Cecelia G. Morris, United States Bankruptcy Judge, in her Chambers at the United States Bankruptcy Court, on **April 12, 2024, at 12:00 Noon**.

      **PLEASE TAKE FURTHER NOTICE**, that a copy of the application in support of the proposed order is available on the Bankruptcy Court website, www.nysb.uscourts.gov, and from the undersigned on request.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, should be filed and served upon the undersigned seven (7) days prior to the presentment date with a copy delivered to the Bankruptcy Judge's Chambers, on or before the presentment date. In the event that no objections are interposed, the proposed order may be entered.

Dated: March 26, 2024
       Harrison, NY

                                               **BRONSON LAW OFFICES, P.C.**

                                               */s/: H. Bruce Bronson*
                                               H. Bruce Bronson, Esq.