

# MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.    ALAN WEINREB, ESQ.    CYNTHIA A. NIERER, ESQ.

---

May 15, 2024

<u>Via ECF</u>
Honorable Cecelia G. Morris
US Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

      Re:    **Bildad Laurent and Ronald Kerlande Laurent**
                **Chapter 13 / Case No. 23-22951-cgm**
                **Loss Mitigation Status Letter**

Dear Judge Morris:

    Our office represents Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A (the "Creditor") in the above-referenced bankruptcy case including the Debtor's request for loss mitigation for the property located at 204 North Terrace Avenue, Mount Vernon, New York 10550 (the "Property").

    As a follow-up to the Loss Mitigation Status hearing held on March 27, 2024, the only additional communication with Debtor's counsel was a request for a payoff which was provided on April 2, 2024. As a result, Creditor will renew its request for loss mitigation termination at the May 22, 2024 hearing.

    Should you have any questions, please feel free to contact this office. Thank you.

                                        Respectfully,
                                        */s/ Andrew Goldberg, Esq.*
                                        Andrew Goldberg, Esq.
                                        516.921.3838 ext. 326
                                        andrew@nyfclaw.com

cc:    H. Bruce Bronson, Jr., Esq. (*via ECF*)

---

**WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

165 Eileen Way, Suite 101    Syosset, New York 11791    T. (516) 921-3838    F. (516) 921-3824    www.nyfclaw.com