UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
In re:                                                                          Chapter 11

    22 ELM RYE INC.,
                                                                                         Case No. 22-22544 (SHL)
                           Debtor.
-----------------------------------x

## NOTICE OF COMPLIANCE AND AFFIRMATION OF FINAL DISBURSEMENTS

The undersigned counsel for 22 ELM RYE INC., (the "Debtor") hereby declares under penalty of perjury and certifies that:

1. In July 2024, pursuant to Bankruptcy Court Order ECF Dkt. No. 132 (the "Order"), $7,000 was paid to Bronson Law Offices PC, $4,315.94 was paid to the US Trustee's Office and $59,098.93 was paid to New York State Department of Taxation and Finance for a total of $70,164.87.

2. Accordingly, the final disbursements for the Debtor since the last operating report are $70,164.87, which constitutes a distribution of all the remaining assets of the Debtor.

3. This notice shall serve as the required Notice of Compliance under the Order as well as the affirmation of final disbursements since the last operating report for purposes of calculating the U.S. Trustee's Fees.

4. The undersigned will also cause the order of dismissal to be forwarded to the Court for entry in conformance with the Order.

Dated: Harrison, NY
       July 19, 2024

                                                _/s/ H. Bruce Bronson_
                                                H. Bruce Bronson
                                                Bronson Law Offices PC
                                                480 Mamaroneck Ave.
                                                Harrison, New York 10528
                                                914-269-2530
                                                hbbronson@bronsonlaw.net