Case No.:    23-22951

**Chapter 13 Fee Application**

**Schedule C**

Case Name:   Bildad and Kerlande Laurent

**December 20, 2023 to August 7, 2024**

| (1)<br>Applicant | (2)<br>Initial Fee Charged | (3)<br>Amount of Initial Fee Paid | (4)<br>Amount of Initial Fee Filed as Administrative Claim | (5)<br>Amount of Initial Expenses Collected | (6)<br>Additional Fees Requested | (7)<br>Additional Expenses Requested | (8)<br>Amount of Additional Fee Awarded | (9)<br>Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| Bronson Law Offices P.C. | $6,000 | $3,000 | $3,000 | $313 | $7,500 | $0 | 7,500 | $0 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Revised September 2011                    DATE ON WHICH ORDER WAS SIGNED: _____                    INITIALS: _____ USBJ