

# MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.    ALAN WEINREB, ESQ.    CYNTHIA A. NIERER, ESQ.

September 11, 2024

<u>Via ECF</u>
Honorable Cecelia G. Morris
US Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

      Re:    **Bildad Laurent and Ronald Kerlande Laurent**
               **Chapter 13 / Case No. 23-22951-cgm**
               **Loss Mitigation Status Letter**

Dear Judge Morris:

      Our office represents Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A (the "Creditor") in the above-referenced bankruptcy case including the Debtor's request for loss mitigation for the property located at 204 North Terrace Avenue, Mount Vernon, New York 10550 (the "Property").

      As a follow-up to the Loss Mitigation Status hearing held on August 7, 2024, the Debtors' Motion to Sell the Property was granted at the hearing held August 28, 2024. This Court entered an Order Granting Motion To Sell Property Free And Clear Of Liens Under Section 363(f) on August 29, 2024.

      Should you have any questions, please feel free to contact this office. Thank you.

                                        Respectfully,
                                        <u>*/s/ Andrew Goldberg, Esq.*</u>
                                        Andrew Goldberg, Esq.
                                        516.921.3838 ext. 326
                                        andrew@nyfclaw.com

cc:    H. Bruce Bronson, Jr., Esq. (*via ECF*)

---

**WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

165 Eileen Way, Suite 101    Syosset, New York 11791    T. (516) 921-3838    F. (516) 921-3824    www.nyfclaw.com