# MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ. - PARTNER EMERITUS     ALAN WEINREB, ESQ.     CYNTHIA A. NIERER, ESQ.

October 16, 2024

*Via ECF*
Honorable Cecelia G. Morris
US Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

    Re:    **Bildad Laurent and Ronald Kerlande Laurent**
               **Chapter 13 / Case No. 23-22951-cgm**
               **Loss Mitigation Status Letter**

Dear Judge Morris:

    Our office represents Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A (the "Creditor") in the above-referenced bankruptcy case including the Debtor's request for loss mitigation for the property located at 204 North Terrace Avenue, Mount Vernon, New York 10550 (the "Property").

    As a follow-up to the Loss Mitigation Status hearing held on September 18, 2024, this Court entered an Order Granting Debtors' Motion To Sell Property Free And Clear Of Liens Under Section 363(f) on August 29, 2024. At present, the closing has not yet occurred. As the Court has already granted the Debtors' Motion to Sell, Creditor will be requesting termination of Loss Mitigation at the next hearing.

    Should you have any questions, please feel free to contact this office. Thank you.

                                    Respectfully,
                                    */s/ Andrew Goldberg, Esq.*
                                    Andrew Goldberg, Esq.
                                    516.921.3838 ext. 326
                                    andrew@nyfclaw.com

cc:    H. Bruce Bronson, Jr., Esq. (*via ECF*)

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

575 Underhill Boulevard, Suite 224    SYOSSET, NEW YORK 11791    T. (516) 921-3838    F. (516) 921-3824    WWW.NYFCLAW.COM