**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
Telephone:
914-269-2530
Fax: 888-908-6906

H. Bruce Bronson, Jr., Esq.
(admitted NY & the District Court of CT)
Email: hbbronson@bronsonlaw.net

Allen A. Kolber, Esq.
(admitted NY)
Of Counsel
Email: akolber@kolberlegal.com

Carl Nelson, Esq.
Admitted NY
Of Counsel
carl@cnelsonlaw.com

October 21, 2024

***VIA CM-ECF FILING***
Judge Cecelia G. Morris
U.S. Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 10601-4140

REQUEST TO WITHDRAW ECF DKT No. 81

Dear Judge Morris,

The Debtor respectfully withdraws the motion filed at ECF Dkt. No. 81. Thank you for your attention to this request.

Very truly yours,

*/s/ H. Bruce Bronson*
H. Bruce Bronson, Esq.
*Counsel for the Debtor*