UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                                                             :
                                                                                         :  Case No. 23-22951-cgm
                                                                                         :  Chapter 13
_Bildad Laurent and Kerlande Laurent,
                                                                                         :
                                    Debtor(s)                            :
_____:

**ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT**

**Name of Creditor**: Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A

**Property Address**: 204 North Terrace Avenue, Mount Vernon, New York 10550

**Last Four Digits of Account Number of Loan**: 3801

**File Date of Loss Mitigation request**: 01/04/2024

**Date of Entry of Loss Mitigation Order**: 01/19/2024

**Date of Entry of Order Approving Settlement (*if any*)**: _____

**Other Requests for Loss Mitigation in this Case**: ____ Yes      _X_ No

The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

| ☐ Loan modification | ☐ Surrender of property |
| ☐ Short sale | ☐ No agreement has been reached |

☒ Other:    Order Granting Motion To Sell Property Free And Clear Of Liens Under Section 363(f) entered 08/29/2024

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.



**Dated: October 30, 2024**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**