**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528

Telephone:
914-269-2530
Fax: 888-908-6906

December 8, 2024

## NOTICE OF SALE

### Kerlande and Bildad Laurent; case no.:23-22951

This is the closing statement pursuant to the sale order entered in this case at ECF Dkt. 75, as relates to the sale of Debtor's property at 204 North Terrace Avenue, Mt. Vernon , New York 10553, that took place on October 25, 2024.

| | |
|---|---|
| Sale Price: | $ 565,000.00 |
| Purchaser Credit per Contract of Sale | $   (5,000.00) |
| Net Adjustments for taxes | $     2,532.48 |
| Sub Total: | $ 562,532.48 |

Distribution of Proceeds

| | |
|---|---|
| Wilmington Savings Fund: | $ 506,467.52 |
| Brokerage Fees (per separate order): | $   28,000.00 |
| Mtg. Transfer taxes and certain title | $     7,778.60 |
| Legal (forwarded to Trustee for later payment) | $     7,500.00 |
| Prep fees, mailing and other title costs | $     2,568.84 |
| Homestead (allowance) | $   10,000.00 |
| Closing Adjustment | $        217.52 |

Bronson Law Offices PC

/s/ *H. Bruce Bronson*
H. Bruce Bronson