

# MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.    ALAN WEINREB, ESQ.    CYNTHIA A. NIERER, ESQ.

January 10, 2025

<u>Via ECF</u>
Honorable Cecelia G. Morris
United States Bankruptcy Judge
US Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

Re:     Bildad Laurent and Kerlande Laurent
        Chapter: 13
        Case No.: 23-22951-cgm
        Letter Withdrawing Objection to Confirmation of Plan

Dear Judge Morris:

We are the attorneys for Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A (the "Secured Creditor") regarding the pending Objection to Confirmation of Plan in the above-referenced Chapter 13 case [ECF Docket No. 16] currently scheduled to be heard on March 12, 2025 at 9:00 AM.

Kindly let this letter confirm that Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A withdraws its Objection to Confirmation of Plan without prejudice.

Respectfully,

*/s/Andrew Goldberg*
Andrew Goldberg, Esq.
516.921.3838 ext. 326
andrew@nyfclaw.com

cc:    H. Bruce Bronson, Jr., Esq. *(*Via ECF*)*
       Thomas C. Frost, Chapter 13 Trustee (Via ECF)

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

575 Underhill Boulevard, Suite 224     Syosset, New York 11791     T. (516) 921-3838     F. (516) 921-3824     www.nyfclaw.com