

# MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.    ALAN WEINREB, ESQ.    CYNTHIA A. NIERER, ESQ.

January 15, 2025

<u>Via ECF</u>
Honorable Cecelia G. Morris
United States Bankruptcy Judge
US Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

Re:  Bildad Laurent and Kerlande Laurent
     Chapter: 13
     Case No.: 23-22951-cgm
     Letter Withdrawing Proof of Claim

Dear Judge Morris:

    We are the attorneys for Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A (the "Secured Creditor") regarding the Proof of Claim filed by Secured Creditor in the above-referenced Chapter 13 case on January 25, 2024 at Claim Register #5.

    Kindly let this letter confirm that Wilmington Savings Fund Society, FSB, as trustee of Upland Mortgage Loan Trust A withdraws the above-referenced Proof of Claim.

    Respectfully,

    <u>/s/Andrew Goldberg</u>
    Andrew Goldberg, Esq.
    516.921.3838 ext. 326
    andrew@nyfclaw.com

cc:  H. Bruce Bronson, Jr., Esq. (Via ECF)
     Thomas C. Frost, Chapter 13 Trustee (Via ECF)

---

**WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

575 Underhill Boulevard, Suite 224    Syosset, New York 11791    T. (516) 921-3838    F. (516) 921-3824    www.nyfclaw.com