# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| IN RE:<br><br>BILDAD LAURENT AND KERLANDE LAURENT | CASE NO: 23-22951<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 97 |
|---|---|

On 2/13/2025, I did cause a copy of the following documents, described below,

Amended Chapter 13 Plan ECF Docket Reference No. 97

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/13/2025

/s/ H Bruce Bronson
H Bruce Bronson

BRONSON LAW OFFICES, PC
480 Mamaroneck Ave
Harrison, NY  10528

hbbronson@bronsonlaw.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: | CASE NO: 23-22951 |
|---|---|
| BILDAD LAURENT AND KERLANDE LAURENT | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No. 97 |

On 2/13/2025, a copy of the following documents, described below,

Amended Chapter 13 Plan ECF Docket Reference No. 97

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/13/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
H Bruce Bronson
BRONSON LAW OFFICES, PC
480 Mamaroneck Ave
Harrison, NY  10528

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-22951<br>SOUTHERN DISTRICT OF NEW YORK<br>WED FEB 12 13-55-18 PST 2025 | AIS PORTFOLIO SERVICES LLC<br>ATTN  ALLY BANK DEPARTMENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | LVNV FUNDING LLC<br>CO RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| MIDHUDSON VALLEY FEDERAL CREDIT UNION<br>CO FRIEDMAN VARTOLO LLP<br>1325 FRANKLIN AVENUE<br>SUITE 160<br>GARDEN CITY  NY 11530-1631 | WILMINGTON SAVINGS FUND SOCIETY  FSB<br>AS TRU<br>CO MARGOLIN  WEINREB  NIERER  LLP<br>165 EILEEN WAY  SUITE 101<br>SYOSSET  NY 11791-5324 | ~~EXCLUDE~~<br>~~WHITE PLAINS DIVISION~~<br>~~300 QUARROPAS STREET~~<br>~~WHITE PLAINS  NY 10601-4140~~ |
| ~~EXCLUDE~~<br>~~(D)AIS PORTFOLIO SERVICES LLC~~<br>~~ATTN  ALLY BANK DEPARTMENT~~<br>~~4515 N SANTA FE AVE~~<br>~~OKLAHOMA CITY  OK 73118-7901~~ | ~~EXCLUDE~~<br>~~(D)AIS PORTFOLIO SERVICES LLC~~<br>~~ATTN  ALLY BANK DEPT~~<br>~~4515 N SANTA FE AVE~~<br>~~OKLAHOMA CITY  OK 73118-7901~~ | ACHIEVE PERSONAL LOANS<br>POBOX 2340<br>PHOENIX  AZ 85002-2340 |
| ALLY BANK<br>CO AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 | ~~EXCLUDE~~<br>~~(D)ALLY BANK CO AIS PORTFOLIO SERVICES~~<br>~~LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY OK 73118-7901~~ | ALLY FINANCIAL<br>P O BOX 380901<br>BLOOMINGTON  MN 55438-0901 |
| BRONSON LAW OFFICES  PC<br>480 MAMARONECK AVE<br>HARRISON  NY 10528-1621 | CAPITAL ONE AUTO FINANCE<br>3905 N DALLAS PKWY<br>PLANO T  X 75093-7892 | (P)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| CHASE MTG<br>10790 RANCHO BERNARDO RD<br>SAN DIEGO  CA 92127-5705 | FEIN SUCH  CRANE  LLP<br>747 CHECTNUT RIDGE ROAD  SUITE 200<br>CHESTNUT RIDGE  NY 10977-6225 | HOMEOWNER ASSISTANCE FUND (NYS HAF)<br>CO NYS HOMES AND COMMUNITY RENEWAL<br>641 LEXINGTON AVENUE 5TH FLOOR<br>NEW YORK NY 10022-4503 |
| HOMEOWNER ASSISTANCE FUND (NYS HAF)<br>CO NYS HOMES AND COMMUNITY RENEWAL<br>641 LEXINGTON AVENUE  5TH FLOOR<br>NEW YORK  NY 10022-4503 | HOMEOWNERS ASSISTANCE FUND<br>641 LEXINGTON AVENUE  5TH FLOOR<br>NEW YORK  NY 10022-4503 | JPMORGAN CHASE BANK  NA<br>SBMT CHASE BANK USA  NA<br>CO ROBERTSON ANSCHUTZ  SCHNEID<br>CRANE  PARTNERS  PLLC<br>6409 CONGRESS AVENUE  SUITE 100<br>BOCA RATON  FL 33487-2853 |
| LVNV FUNDING  LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | LENDINGCLUB BANK  NA<br>PO BOX 884268<br>LOS ANGELES  CA 90088-4268 | MT BANK<br>PO BOX 619063<br>DALLAS  TX 75261-9063 |
| MIDHUDSON VALLEY FCU<br>1 CHASE SQ584 US9 SUITE 100  FISHKILL<br>FISHKILL  NY 12524 | (P)MID HUDSON VALLEY FEDERAL CREDIT<br>UNION<br>1099 MORTON BOULEVARD<br>KINGSTON NY 12401-1503 | ~~EXCLUDE~~<br>~~(D)MIDHUDSON VALLEY FEDERAL CREDIT~~<br>~~UNION~~<br>~~CO FRIEDMAN VARTOLO LLP~~<br>~~1325 FRANKLIN AVENUE  SUITE 160~~<br>~~GARDEN CITY  NY 11530-1631~~ |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| NEW YORK STATE ATTORNEY GENERAL<br>OFFICE OF THE NEW YORK STATE ATTORNEY GE<br>THE CAPITOL<br>ALBANY NY 12224-0341 | NELNET LNS<br>3015 S PARKER RD STE 425<br>AURORA CO 80014-2904 | NELNET LNS<br>ATTENTION NELNET CLAIMS<br>PO BOX 17460<br>DENVER C O 80217-0460 |
| NELNET ON BEHALF OF ECMC<br>EDUCATIONAL CREDIT MANAGEMENT CORP<br>PO BOX 16408<br>ST PAUL MN 55116-0408 | NEW YORK STATE ATTORNEY GENERAL<br>28 LIBERTY STREET 16TH FLOOR<br>NEW YORK NY 10005-1495 | ~~EXCLUDE~~<br>~~(D)NEW YORK STATE ATTORNEY GENERAL~~<br>~~OFFICE OF THE NEW YORK STATE ATTORNEY GE~~<br>~~THE CAPITOL~~<br>~~ALBANY NY 12224-0341~~ |
| PURCHASING POWER LLC<br>2727 PACES FERRY ROAD SE<br>BLDG2 STE 1200<br>ATLANTA GA 30339-6143 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CROWN ASSET MANAGEMENT LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MERCURY FINANCIALFIRST BANK TRUST<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| RESURGENT CAPITAL SERVICES AS SERVICING AGEN<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | SUSTAINABLE NEIGHBORHOODS LLC<br>55 BROAD STREET 10TH FL<br>NEW YORK NY 10004-2002 | ~~EXCLUDE~~<br>~~(D)SUSTAINABLE NEIGHBORHOODS LLC~~<br>~~55 BROAD STREET 10TH FL~~<br>~~NEW YORK NY 10004-2002~~ |
| SUSTAINABLE NEIGHBORHOODS LLC<br>60 BROAD STREET 24TH FLOOR<br>BOND COLLECTIVE - SUITE 2503<br>NEW YORK NY 10004-2342 | (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE N<br>ALEXANDER HAMILTON CUSTOM HOUSE<br>ONE BOWLING GREEN ROOM 534<br>NEW YORK NY 10004-1459 |
| UPSTART NETWORK INC<br>PO BOX 1931<br>BURLINGAME CA 94011-1931 | US DEPT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE TX 75403-5609 | US DEPT OF EDUCATION<br>ATTN BORROWERS SERVICE DEPT<br>PO BOX 5609<br>GREENVILLE T X 75403-5609 |
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 4457<br>HOUSTON TX 77210-4457 | (P)CARRINGTON MORTGAGE SERVICE LLC<br>1600 S DOUGLAS RD SUITE 110<br>ANAHEIM CA 92806-5951 | ~~EXCLUDE~~<br>~~(D)WILMINGTON SAVINGS FUND SOCIETY FS AS TRU~~<br>~~CO MARGOLIN WEINREB NIERER LLP~~<br>~~165 EILEEN WAY SUITE 101~~<br>~~SYOSSET NY 11791-5324~~ |
| DEBTOR<br>BILDAD LAURENT<br>204 NORTH TERRACE AVENUE<br>MOUNT VERNON NY 10550-1011 | GEORGE CAMPOLO<br>REMAX DISTINGUISHED HOMES AND PROPERTIES<br>273 COLUMBUS AVE<br>TUCKAHOE NY 10707-2515 | H BRUCE BRONSON JR<br>BRONSON LAW OFFICES PC<br>480 MAMARONECK AVENUE<br>HARRISON NY 10528-1621 |
| KERLANDE LAURENT<br>204 NORTH TERRACE AVENUE<br>MOUNT VERNON NY 10550-1011 | THOMAS C FROST<br>CHAPTER 13 STANDING TRUSTEE<br>399 KNOLLWOOD RD<br>SUITE 102<br>WHITE PLAINS NY 10603-1936 | |